IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF TEXAS
__FORT WORTH__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 29 2014
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

__WALTER E. MERIDETH JR  TDCJ # 1855334 / 1732789__
Plaintiff's name and ID Number

__PARKER COUNTY DETENTION CENTER 612 JAMESON STREET__
Place of Confinement __WEATHERFORD TEXAS 76086__

CASE NO: __4-14CV-290-A__
(Clerk will assign the number)

__MR. COLE MCKENNEN (WARDEN) WARDEN MINN-WELLS UNIT 1620 FM 3344 JACKSBORO TX 76458__

__MR. RON WAGMAN (OIG OFFICER) OFFICE OF INSPECTOR GENERAL TEXAS DEPT__
Defendant's name and address __OF CRIM JUSTICE P.O.BOX 13084 AUSTIN TX 78711-3084__

__MR. RICHARD GUITHER (CCA OFFICER) CONTRACTED BY TEXAS DEPT OF CRIM JUSTICE__
Defendant's name and address __612 JAMESON STREET, WEATHERFORD TX 76086__

__MR. RICK MORRIS (OIG OFFICER) OFFICE INSPECTOR GENERAL 1500 E LANGDON__
Defendant's name and address __RD HUTCHINS STATE JAIL DALLAS TX 75241__
(DO NOT USE "ET AL.")
__MR. B. KECK (OIG OFFICER) 1500 E. LANGDON RD DALLAS TEXAS 75241__
__HUTCHINS STATE JAIL.__

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "…if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

## I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?   YES __✓__ NO
   NOT IMPRISONMENT

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: __MARCH 2014__

   2. Parties to previous lawsuit:
      Plaintiff(s): __WAITER E MEDIORTH II 1855334__

      Defendant(s): __DR RIBIA KHAN - CAROL TUNE__

   3. Court (If federal, name the district; if state, name the county) __NORTHERN__

   4. Docket Number: __NOT ASSIGNED YET__

   5. Name of judge to whom case was assigned: __?__

   6. Disposition: (Was the case dismissed, appealed, still pending?)
      __?__

   7. Approximate date of disposition: __?__

**II. PLACE OF PRESENT CONFINEMENT:** PARKER CO DETENTION CENTER 612 JAMESON ST WEATHERFORD TEXAS 76086

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.
GRIEVANCES NOT FORWARDED FROM HUTCHINS STATE JAIL.

**IV. PARTIES TO THE SUIT:**

A. Name of address of plaintiff: WALTER EUGENE MEREDITH JR
PARKER COUNTY DETENTION CENTER 612 JAMESON ST WEATHERFORD TEXAS 76086

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: RON WAGMAN (OIG OFFICER) OFFICE OF INSPECTOR GENERAL TEXAS DEPT CRIM JUSTICE P.O. BOX 13084 AUSTIN TX 78711-3084

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you. (SEE ATTACHED)
MADE AN ILLEGAL AGREEMENT OUT OF COURT WITH ME TELLING ME TO -

Defendant #2: RICHARD GUITARD (CCA OFFICER) CONTRACTED BY TEXAS DEPT OF CRIM JUSTICE 612 JAMESON ST WEATHERFORD TX 76086

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
THIS OFFICER SEXUALLY ABUSED ME, BRIBED ME AND (SEE ATTACHED)

Defendant #3: MR RICK MORRIS OFFICER INSPECTOR GENERAL'S OFFICE 1500 E. LANGDON RD HUTCHINS STATE JAIL DALLAS TX 75141

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
ACTED MALICIOUS TOWARDS ME AND PERSONAL UPON MY

Defendant #4: MR COLE McKENNEN (WARDEN) MINERAL WELLS UNIT 1620 FM 3344 JACKSBORO TEXAS 76458

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
FAILED TO USE AND APPLY PROPER PROCEDURES AND ALLOWED THE

Defendant #5: B. KECK (OIG OFFICER) OFFICE OF INSPECTOR GENERAL TEXAS DEPT CRIM JUSTICE HUTCHINS STATE JAIL 1500 E. LANGDON RD DALLAS TX 75241

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
TRIED TO DISCOURAGE ME IN FILLING SEXUAL ABUSE CLAIM.

**V. STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

PLEASE SEE ATTACHED PAGES. FOR THE FOLLOWING DEFENDANTS

#1 MR RON WAGMAN OFFICER INSPECTOR GENERALS OFFICE.

#2. MR RICHARD GUITARO CCA CORRECTIONS CORPERATION OF AMERICA (INMATE IN PARKER COUNTY JAIL.

#3 MR RICK MORRIS OFFICER INSPECTOR GENERAL

#4 WARDEN COLE MCKENNEN #5 MR B. CECIL OIG OFFICER.

PLEASE TAKE INTO CONSIDERATION THE PLAINTIFF BEING 100% A LAYMAN AT LAW. AND FILLING THIS OUT TO THE BEST OF HIS UNDERSTANDING.

**VI. RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

PLEASE SEE ATTACHED PAPER FOR EACH NUMBERED DEFENDANTS

**VII. GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

WALTER E MERIDETH JR  JOHNSON  SMITH.

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

1732789  1855334  NOT SURE OF OTHER

**VIII. SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES  ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): __NA__
2. Case Number: __NA__
3. Approximate date sanctions were imposed: __NA__
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

DEFENDANT #1 MR. ICONTWAGMAN (PAGE 2)
ACTS AND OMISSIONS OF THIS DEFENDANT "STATEMENT OF CLAIM"
WHILE COHERCING A STATEMENT TAKEN AT HUTCHINS STATE JAIL
1500 E LANGDON RD DALLAS TX 75141   JUNE 2013.
PLACE OF ALLEDGED OCCURANCE MINERAL WELLS PRISON UNIT BEEN CLOSED
ALMOST A YEAR NOW. 759 HIEUTZELMAN RD MINERAL WELLS TX 76067

SAY THAT IF I SAID THAT A CCA OFFICER BY THE NAME OF

MR RICHARD GUITARD BROUGHT ME SOME TOBACCO TO

THE TEXAS DEPT OF CRIM JUSTICE ONE TIME THAT HE WOULD

TRADE ME FOR THE OFFICER. CAUSE THE OFFICER WAS WHO THEY

WANTED. I NEVER RECIEVED A DISCIPLINARY CASE FOR

TOBACCO (PROHIBITED SUBSTANCE) NOR HAVE I EVER

BRIBED ANYONE. AND I HAD MADE PAROLE ON FEB.

15TH 2013 AND WENT HOME. NO DISCIPLINARY REPORTS

NOR ANY DISCIPLINARY HEARINGS OR NOTIFICATIONS

FOR SUCH ALLEGATIONS. AFTER TELLING ME UNDER SERIOUS

DURESS AND CONFUSION THAT I SHOULD GIVE THE

OFFICER TO SAVE MYSELF. 11 MONTHS LATER HE HAD

ME INDICTED FOR BRIBERY AND PROHIBITED SUBSTANCE

TOBACCO PRODUCTS. HE COHERCED ME AND MY STATEMENT

ACTING AS IF HE WAS CLEARING ME OF ANY WRONG DOING

AND PLACING WORDS IN MY MOUTH.

I ALSO THINK THAT HE WAS HUMILIATING ME ABOUT

THE SEXUAL ABUSE I HAD SUFFERED FROM THIS OFFICER

RICHARD GUITARD WITHOUT REPORTING WHAT HE KNEW

ABOUT THIS OFFICER BEING A SEXUAL

Rev. 01/14/14

CONTINUES STATEMENT FOR CLAIM PAGE 2
DEFENDANT #1 MR RON WAGMAN.
MINERAL WELLS PRISON CLOSED DOWN PRIOR TO MY ALLEDGED CHARGES

PREDITOR.

BY TELLING ME THAT HE KNEW THIS OFFICER GUITARA WAS A GAY CROSS DRESSER. HOW COULD A OFFICER OF THE INSPECTOR GENERAL'S OFFICE HAVE THIS TYPE OF INFORMATION AND NOT REPORT IT. I WAS SO SCARED AND HUMILLIATED BY THIS OFFICER AND HOW COULD HE MAKE AN OUT OF COURT DEAL WITH ME JUST TO GET ME TO SAY WHAT HE WANTED TO HEAR. I DISCHARGED MY (3) YEAR TDC TERM OUT OF PARKER COUNTY TEXAS. TDC #1731789 WAS SERVING A (12) MONTH STATE JAIL SENTENCE OUT TARRANT COUNTY TEXAS TDC J# 1855334. DISCHARGED THE STATE JAIL TERM MARCH 18TH 2014. ARRESTED AND PICKED UP AT HOTCHINS STATE JAIL (DALLAS) BY PARKER COUNTY SHERIFF AND INDICTED CAUSE # CR-13084 BY HIS COERCED AND ILLEGAL OBTAINING OF STATEMENT HOW CAN YOU BE CHARGED WITH PROHIBITED SUBSTANCE TOBACCO, AND BRIBERY IS INSIDE A PRISON WITH NO DISCIPLINARY REPORTS OR CORRECTIONAL DISCIPLINARY PROCEEDINGS. THIS OFFICER TOOK MY STATEMENT WITHOUT MY HAVING MY PSYCHIATRIC MEDS AND I WAS AWAITING PSYC EVALUATION

Relief

Defendant #1 Mr Ron Wagman        (Reliefe)

That this statement that Mr Ron Wagman obtained from the Plantiff illegaly be stricken from the court record in the Honorable Judge Graham Quisenberry 415th District Court 117 Fort Worth Hwy District Court Building Weatherford Texas 76086

And any further illegal prosecution by the office of the Inspector General and it's officer Mr Ron Wagman. In cause CR-130814 Bribery prohibited substance in a correctional facility. Minneral Wells Unit CCA Pre-released has been closed down allmost (1) year ago.

This officer and the office of Inspector General be suspended for illegal use of authority. And show cause of why they neglected to follow disciplinary proceedings in Minneral Wells Prison Unit. To bring out side felony charges on an inmate. Should strike hearsay evidence from being used and any other wrongfull acts that will cause defendant injury as a result.
& Be heln liable for pain and suffering & and any other damages

This officer should be reprehended. Has no loyalty to ethics.

Rev. 01/14/14

DEFENDANT #1 NAME: RICHARD GUITARA. CORRECTIONS CORPERATIONS OF AMERICA CCA OFFICER WHOM WORKED MY HOUSING DORM AND LOCATION DORM 751 (751) MINNERAL WELLS UNIT CONTRACTED BY THE TEXAS DEPT OF CORRECTION 759 HIEUTZELMAN RD. MINNERAL WELLS TEXAS 76067.
CLOSED DOWN FACILITY.
ACTS-OMISSIONS / STATEMENT OF CLAIM.      (PAGE 1)

THREATEND MY LIFE: THIS OFFICER WOULD BRING CIGARETTES AND HOME COOKED MEALS TO WORK WITH HIM AND HAVE ME LET HIM MASTERBATE ME. HE KEPT STAYING AFTER HRS IN THE DORM. TOUCHING ME WHEN THE TIME WAS RIGHT. THIS OFFICER WOULD WEAR WEMANS UNDERWEAR "THONGS" TO WORK. HE THREATNED TO TELL MY FRIENDS THAT I LET HIM MASTERBATE ME IF I DIDN'T DO WHAT HE ASKED OF ME. HE WAS ALSO CLOSE FRIENDS WITH OFFENDERS SQUIRL "CROWE" FATS. AREON CIRCLE, A.B'S / AC'S. BLOODS, CRYPTS. AND WAS SUPPLYING THEM WITH MANY DIFFERENT SUBSTANCES FROM WHAT I HEARD! AND SAID THAT IF I DIDN'T DO WHAT HE ASKED OF ME AND HIS FRIEND CAROL YUNZ. HE, SHE, THEY WOULD HAVE ME BEAT TO DEATH. AND TOOK OFF TO THE HOSPITAL IN A HELICOPTER. HE DONE THESE ACTS TO ME IN THE EMPLOYEE BATHROOM ON THE 1st FLOOR OF MY DORM 751 WHERE HE WORKED. KEEPING ME SCARED TO DEATH AND CONFUSED. AND UNDER THEIR AUTHORITY.

CONTINUED #1 DEFENDANT MR RICHARD BUCTARD.
ACTS AND OMISSIONS. STATEMENT OF CLAIM. (PAGE 9)

I COULDN'T TAKE THE ABUSE NO MORE. THE SECOND TIME HE ATTEMPTED TO MASTERBATE ME. HE TRIED TO PUT MY PENIS IN HIS MOUTH. IT TOOK ME A LONG TIME TO COME FORWARD AND REPORT THIS PROBLEM I WAS SO HUMILIATED. AND SCARED. I CAME FORWARD AND REPORTED THIS TO THE PREA OFFICER FOR SAFE PRISONS AND THEY INFORMED THE OFFICER MR RICK MORRIS OF MY ABUSE AND HE SAID I DONT WANT TO TALK TO THIS INMATE! DENYING ME PROTECTION AND DUE PROCESS OF LAW. ACCORDING TO HIS OFFICIAL CAPACITY AND PROCEDURES (OIG'S) SO I FILLED A 1ST STEP GRIEVANCE WITH MS SCOTTBURGER THE GRIEVANCE INVESTIGATOR AT THE HUTCHENS STATE JAIL UNIT. THIS OFFICER WAS SUPPOSE TO BE OVERSEEING PRISONERS NOT ABUSING THEM FOR HIS SICK PLEASURES AND OTHER PERSONAL BENEFITS.

DEFENDANT #2 MR. RICHARD GOITARD          (RELIEF)

THIS OFFICER SHOULD BE PROSECUTED FOR SEXUAL ABUSE AND FOR USING HIS AUTHORITY AND CORRECTIONS JOB TO BE A SEXUAL PREDITOR. AND FROM MISUSE OF PUBLIC SERVANT ETHICS. BRIBING INMATES AND THEIR FAMILIES. LYING AND PARTICIPATING IN ILLEGAL MINERAL WELLS PRISON UNIT CRIMINAL FRIVILOUS CHARGES AND PROSECUTIONS.

AND PROSECUTED FOR HIS DANGEROUS INVOLVEMENT WITH GANGS IN PRISON. AND TERRORISTIC THREATNING FOR HIS PERSONAL GAIN AND BENNEFIT. HE IS AND WAS A VERY DANGEROUS PERSON. NOT ONLY DID HE ABUSE ME HE ABUSE THE TEXAS DEPT OF CRIM JUSTICE. AND ITS CONTRACT AND AUTHORITY. WITH CORRECTIONS CABINET "CORPERATION OF AMERICA" CONTRACTS " AND BE HELD LIABLE FOR PAIN AND SUFFERING " AND ANY OTHER DAMAGES.

Hutchins State Jail 1500 E Langdon Rd Dallas TX 75241
On or about 3-19-14.
ACTS AND OMISSIONS. STATEMENT OF CLAIM. (PAGE 1)

Complaint: On or about the month of May or early June 2013 I tried to report some identity thefts against me aka a known drug king Carolyn Tune aka Doctor Khan. He said they didn't have time for me to go back to my dorm he had bigger fish to fry! On or about late June 2013 one of his coworkers Mr. Ron Wagman came to interview me at Hutchins State Jail in regards to a CCA Correctional Officer Mr. Richard Couitard. Whom Wagman said got caught bringing inmates stuff inside Minnerwell's prison unit. When he obtained the coerced illegal statement from me I assume he told his coworker what was going on with the CCA Officer Guitard and how he had tricked me into saying what he wanted me to say! When I finally couldn't take the pain and humiliation of the sexual abuse no

DEFENDANT: INSPECTOR MORRIS OFFICER ZOOK
GENERAL. FACTS AND OMISSIONS CONTINUED.
STATEMENT OF CLAIM.
(PAGE 2)

MORE I WENT TO SAFE PRISONS IN THE SAME BUILDING AS THE OFFICE OF THE INSPECTOR GENERAL AND REPORTED THIS TO SAFE PRISON'S THE SAFE PRISONS OFFICER CALLED MR MORRIS TO COME DOWN TO TAKE MY COMPLAINT. AND HE SEEN IT WAS ME WALTER MCGINNETH AND KNEW HIS PARTNER RON WAGMAN WAS WAS BUILDING A FRIVILOUS CASE AGAINST ME HE GOT RED IN THE FACE AND SAID IM NOT TALKING TO THIS INMATE AND WALKED OUT. WITH NO RESPECT TO HIS JOB OR THE CRIME AND SEXUAL ABUSE I SUFFERED.

I HAD TO FILE A GRIEVENCE TO GET HIS OTHER PARTNER MR KECK TO WORK MY COMPLAINT. WHICH THEY SAID WAS NOW BEING INVESTIGATED. AND AS OF TODATE IVE HEARD NOTHING OF A PROPER AND FORMAL SEXUAL ABUSE INVESTIGATION ON MR RICHARD CONTINUED FROM THE INSPECTOR GENERAL'S OFFICE I REALLY DON'T THINK THEY FILED IT.

Relief Requested        From Page (4) #3

Defendant #3 Mr Rick Morris     (Relief)

That Mr Rick Morris be properly removed from any involvement in the Sexual Abuse Investigation. In the CCA Officer Mr Richard Couttard and Walter Merinuth J. Sexual Abuse Case. That he be reprimanded as an officer of the Inspector General's Office.

He shows very poor professional police codes of ethics and concerns for inmates whom have been used, bribed and sexually abused especialy when the claim is against a dirty predator officer. He could have and may have placed my life in danger. He is using some kind of personal influence in Cause #130814 for and in regards to his partner Mr Ron Wageman. In the Parker County Courts 415th District. 117 Fort Worth Hwy Weatherford Texas 76086. And be held liable for pain and suffering and any other damages

Rev. 01/14/14

DEFENDANT # 4 MR. McKENNEN

ACTS AND OMISSIONS OF THIS DEFENDANT (PAGE 1)
AND STATEMENT OF CLAIM."

MINERAL WELLS UNIT (CLOSED) 751 HIENTZELMAN ROAD MINN-WELLS TX 76067.
CURRENT ADDRESS: 1620 FM 3344 JACKSBORO TX 76458

INSPECTOR GENERALS OFFICE TO MODIFY A CRIMINAL CHARGE AGAINST ME. MR MCKENNEN WAS THE CARE TAKER OVER THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND THIER INMATES BY CONTRACT. I MADE PAROLE FROM THIS UNIT FEBUARY THE 15TH 2013 WITH NO DISCIPLINARY CASES NO VERBAL WARNINGS NO DISCIPLINARY HISTORY AT ALL! IF THIS WARDEN HAD ANY IDEA I HAD DONE SOMETHING WRONG HE SHOULD HAVE WRITTEN ME A DISCIPLINARY CASE PUT ME IN ADMINISTRATIVE SEG. KEPT THE SUBSTANCE TOBACCO. THAT I STAND CHARGED WITH TOOK PICTURES AND FOLLOWED PROPER DISCIPLINARY PROCEDURES. HE ALSO HIRED DANGEROUS PEOPLE TO WORK AT HIS UNIT. SEXUAL PREDITORS — PROFFESSIONAL BRIBERS. INSANE INDIVIDUALS. WITHOUT PROPER BACKGROUND CHECKING. IN ACTING IN SUCH AN UNPROFFESSIONAL MANNER ALLOWED ME TO BE SEXUALLY ABUSED. AND CAUSED THE INVIORMENT OF A VERY DANGEROUS AND DEADLY PRISON!
HE FAILED TO PROPERLY KEEP WARDEN ETHICS FOR THE DEPARTMENT OF CORRECTIONS/CCA/AND THE INMATES LIFES

Rev. 01/14 14

DEFENDANT #4 MR COLE MCKENNEN (WARDEN MINU-WELLS UNIT)
RELIFE REQUESTED DATE 2012-2013.            (RELIFE)
MINNERAL WELLS UNIT (CLOSED) 751 Lientzelman Rd Minneral Wells TX 76067

THAT WARDEN MCKENNEN COME FORTH AND TELL THE TRUTH IN THE HONORABLE JUDGE QUISENBERCY'S COURT 415TH DISTRICT 1117 FORT WORTH HWY WEATHERFORD TEXAS 76086. THAT THE OFFICER OF INSPECTOR GENERAL MR RON WALDMAN. MODIFIED AND VIOLATED INMATES RIGHTS. BY CHARGING THEM WITH FELONY CHARGES OUT SIDE OF THE INSTITUTION WITH OUT THE PROPER DISCIPLINARY WRITE UPS OR HEARING PROCEDURES CAUSE MR MCKENNEN AS WARDEN WOULD HAVE KNOWN FIRST HAND. AND THIS DID NOT HAPPEN! THAT MR MCKENNEN BE REMOVED FROM SUCH AN "AGAURDIN" POSITION OVER INMATES AND ALLOWING ANYONE TO HARM THEM PHYSICALLY, OR MENTALLY. AND FROM ABUSING CORRECTIONS AUTHORITY. IN HIS POSITION! NOT ONLY HAS HE ALLOWED ME HARM BUT SEVERN OTHER INMATES AS WELL. IT WAS HIS JOB TO SEE THROUGH WRIGHT OR WRONG I WAS TREATED RIGHT AND PROPER POLICY AND PROCEDURES FOLLOWED PER THE TEXAS DEPT OF CORRECTIONS. AND BE HELD LIABLE FOR PAIN AND SUFFERING' AND ANY OTHER DAMAGES

HUTCHINS STATE JAIL 1500 E. LANGDON RD DALLAS TEXAS 75241
ON OR ABOUT 3-21-14.
ACTS AND OMISSIONS / STATEMENT OF CLAIM. (PAGE 1)

AGAINST OFFICER RICHARD GUITARD CCA CORRECTIONS OFFICER. MR KECK NOR HIS CO-WORKER MR RICK MORRIS HAD NO INTREST IN FILLING THIS ABUSE CASE. MR KECK MADE A STATEMENT TO ME THAT "WELL THE CCA CORRECTIONS CORPERATION OF AMERICA UNIT HAS BEEN CLOSED DOWN FOR QUITE SOME TIME. AND I DONT KNOW IF I CAN FILE CHARGES ON THIS OFFICER. AT THAT POINT I KNEW HE WAS PREJUDICE IN MY INVESTIGATION. BECAUSE HIS CO WORKER RON WAGMAN WAS INVOLVED WITH THE OTHER PART OF THIS INVESTIGATION. AND I KNEW MR KECK WAS IN FAVOR OF THE OFFICER MR RICHARD GUITARD. BECAUSE THE MINNERAL WELLS UNIT WAS RUN HAS BEEN CLOSED FOR SEVERAL MONTHS AND THEY STILL CHARGED ME WITH BRIBERY AND TOBACCO IN A CORRECTIONAL FACILITY. WITH NO EVIDENCE OF TOBACCO OR BRIBERY AND NO DISCIPLINARY CASES NOR HEARINGS PER TEXAS POLICY AND PROCEDURES OF DISCIPLINARY PROCEDURES IN CORRECTIONAL FACILITY.

SO HOWS COULD THE MINERAL WELLS PRISON BEING CLOSED CHANGE HOW AN INMATE CAN BE CHARGED AFTER ALL THIS TIME. AND BEING CLOSED BE IN FAVOR OF A SEXUAL PREDITOR OFFICER! ITS PLAIN TO SEE WHATS GOING ON HERE! (PAGE 2)

---

MR B. KECK OFFICE INSPECTOR GENERAL ACTS AND OMISSIONS CONTINUED. STATEMENT OF CLAIM. (RELIEF)

THAT MR B KECK BE EXSCUSED FROM ANY FURTHER INVOLVEMENT OF THE SEXUAL ABUSE INVESTIGATION. OR ANY PART OF THIS REPORT ON MINERAL WELLS PARKER COUNTY COURTS CASE CR-130814. WITH OR FOR HIS CO WORKER MR RON WAGNER. THAT MR KECK AND THE OFFICE OF THE INSPECTOR GENERAL BE REPREMANDED FOR ILLEGALY MODIFING LAWS OF CORRECTIONAL FACILITIES AND MODIFYING THEM TO THIER FAVOR. THEY HAVE NO REGARDS FOR THIER JOB ETHICS, AND ABUSE INMATES THEM SELVES; AND THAT THEY BE HELD LIABLE FOR ANY PAIN AND SUFFERING TO THE PLAINTIFF AND ANY OTHER DAMAGES. THAT MAY OCCUR AS A RESULT.

14

Rev. 01/14/14

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): ___N A___
2. Case number: ___N A___
3. Approximate date warning were imposed: ___N A___

Executed on: __4-24-14__
              (Date)

__Walter E Meridith Jr__
(Printed Name)

__Walter E Meridith Jr__
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __24TH__ day of __April__, 20 __14__.
           (Day)         (Month)              (Year)

__Walter E Meridith Jr__
(Printed Name)

__Walter E Meridith Jr__
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.

United States District Court
Honorable District Court Clerk.     4-24-14
    Please,
Find Enclosed My 1983 Act Complaint to Be Filed In Your Honorable Courts Along With Motion To Proceed In Forma Pauperis. I've Done The Best I Know How At Filling This 1983 Complaint. Being 100% Layman At Law.
    Please,
Can We Ask The Judge For Monthly Payments or Installment Payments For The Filling Fee? For I can't Pay It All At Once! Thank you for Your Time And Troubles And Would You Please Send Me Confirmation.

Respectfully Submitted
Walter E. Meredith Jr.
WALTER E. MEREDITH JR
TDCJ #1855334/1732789.
Parker Co. Detention Center.
Weatherford Tx 76086

RE: Dear Clerk Please Take Notice That I Am 100% Layman At Law.

WALTER E MERIDETH JR
618 JACKSON STREET
PACKER CO DETENTION CENTER
WEATHERFORD TEXAS 76086

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST OF TX.
FT WORTH DIVISION
2014 APR 29 AM 10: 41
CLERK OF COURT

LEGAL MAIL

Legal Mail

THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT CLERK
501 WEST 10TH STREET ROOM 310
FORT WORTH TEXAS
76102-3673




